ALAN M. COHEN
*Temporary Receiver for Defendants*
*Princeton Economics International, Ltd.,*
*Princeton Global Management, Ltd.,*
*and their affiliates and subsidiaries*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11-25 09_

– and –

O'MELVENY & MYERS LLP
Tancred V. Schiavoni, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 326-2000
*Counsel for Receiver*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| – against – | : | 99 Civ. 9667 (PKC) |
| PRINCETON ECONOMICS INTERNATIONAL LTD., PRINCETON GLOBAL MANAGEMENT LTD., and MARTIN A. ARMSTRONG, | : | |
| Defendants. | : | |
| COMMODITIES FUTURES TRADING COMMISSION, | : | |
| Plaintiff, | : | |
| – against – | : | 99 Civ. 9669 (PKC) |
| PRINCETON ECONOMICS INTERNATIONAL LTD., PRINCETON GLOBAL MANAGEMENT LTD., and MARTIN A. ARMSTRONG, | : | |
| Defendants. | : | |

[PROPOSED] ORDER GRANTING INTERIM APPLICATION
FOR FEES BY O'MELVENY & MYERS LLP

**WHEREAS,** this Court, by Orders dated September 13, 1999 and January 6, 2000, appointed Alan M. Cohen as Temporary Receiver (the "Receiver") of the Corporate Defendants; and

**WHEREAS,** on November 2, 2009, O'Melveny & Myers LLP filed its Interim Fee Application for services rendered to Mr. Cohen and the Receivership, which sought $2,114,623.50 in fees and $118,297.26 in expenses.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREDD AS FOLLOWS:**

**I.**

**ORDERED** that the services rendered by the Receiver and O'Melveny & Myers LLP during the Interim Period were substantial, professional, and necessary for the fulfillment of the duties and responsibilities imposed on the Receiver by the Order, dated September 13, 1999, and such other Orders as have been entered by the Court; and the compensation sought by the Applicants is for actual and necessary services rendered and is eminently reasonable.

**II.**

**IT IS FURTHER ORDERED** that the Interim Application by the Receiver for allowance of compensation and reimbursement of expenses to O'Melveny & Myers LLP, as counsel to the  Receiver (the "Application"), is hereby granted and approved, and the Receiver is hereby authorized to disburse to O'Melveny & Myers LLP $2,114,623.50 in fees and $118,297.26 in expenses.

**III.**

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay the amount authorized in Part I of this Order from the funds of the Princeton Companies in Receivership.

2

**SO ORDERED,** this 27th day of November 2009, at New York, New York.

_____
UNITED STATES DISTRICT JUDGE

Mr. Cohen and Mr. Schiavoni
and their colleagues enjoy the
admiration and appreciation of the
Court for their loyal, hardworking
and successful services as Receiver
and Receiver's counsel in an
exceedingly difficult and complex
matter.