UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>    – against –<br><br>PRINCETON ECONOMICS INTERNATIONAL LTD., PRINCETON GLOBAL MANAGEMENT LTD., and MARTIN A. ARMSTRONG,<br><br>                             Defendants. | 99 Civ. 9667 (PKC) |
| COMMODITIES FUTURES TRADING COMMISSION,<br><br>                             Plaintiff,<br><br>    – against –<br><br>PRINCETON ECONOMICS INTERNATIONAL LTD., PRINCETON GLOBAL MANAGEMENT LTD., and MARTIN A. ARMSTRONG,<br><br>                             Defendants. | 99 Civ. 9669 (PKC) |

## [PROPOSED] ORDER DENYING MARTIN ARMSTRONG JR.'S MOTION TO QUASH

This matter came before the Court on the Motion of Martin Armstrong Jr. (the "Motion") for an order quashing the subpoena served on him by the Temporary Receiver (the "Subpoena"). The Court having considered the Motion (Dkt. 535), and the Receiver's Objection (Dkt. 538), and after due deliberation thereon, and good and sufficient cause appearing therefore.

**IT IS HEREBY ORDERED THAT** the Motion is denied in its entirety and that Armstrong Jr. is directed to comply with the document requests in the Subpoena and appear for deposition on Friday, July 26, 2019, at 10:00 a.m. at the office of O'Melveny & Myers LLP,

Seven Times Square, New York, New York with responsive documents to be provided to the Receiver by July 25, 2019; and

**IT IS FURTHER ORDERED THAT** the cell phone that is referred to in Mr. Kirwan's email to Mr. Armstrong dated November 7, 2000 and which is the subject of Request No. 10 of the Subpoena shall be produced by Armstrong Jr. or Sr., if it is in either of their possession, custody or control, to the Receiver for inspection by July 25, 2019.

**IT IS SO ORDERED,** this \_\_ day of _____ 2019.

_____
P. KEVIN CASTEL, JUDGE
UNITED STATES DISTRICT COURT