**STEVE HARVEY LAW LLC**
By:    Stephen G. Harvey
         David V. Dzara
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600

*Attorneys for George Antoniak,*
*Andrew Antoniak, and I. Switt, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

         -v-                                      99 Civ. 9667 (PKC)

PRINCETON ECONOMICS INTERNATIONAL, LTD,
PRINCETON GLOBAL MANAGEMENT, LTD., and
MARTIN ARMSTRING,

                Defendants.
------------------------------------------------------------------------x
COMMODITY FUTURES TRADING COMMISSION,

                Plaintiff,

         -v-                                      99 Civ. 9669 (PKC)

PRINCETON ECONOMICS INTERNATIONAL, LTD,
PRINCETON GLOBAL MANAGEMENT, LTD., and
MARTIN ARMSTRING,

                Defendants.
------------------------------------------------------------------------x

**DECLARATION OF STEPHEN G. HARVEY IN SUPPORT
OF THE ANTONIAKS' POSITION THAT MARTIN ARMSTRONG
<u>CLEARLY LACKS OWNERSHIP OR OTHER RIGHTS IN ANY OF THE 58 COINS</u>**

I, Stephen G. Harvey, hereby declare as follows:

1. I am the attorney-owner of Steve Harvey Law LLC in Philadelphia, Pennsylvania.

2. Along with David V. Dzara, I am counsel for George Antoniak, Andrew Antoniak, and I. Switt (collectively, the "Antoniaks") in these actions.

3. I submit this declaration in support of the Antoniaks' position that Martin Armstrong clearly lacks ownership or other rights in any of the 58 coins.

4. Attached hereto as *Exhibit A* are true and correct copies of the relevant excerpts from the deposition transcript of George Antoniak on October 10, 2018.

5. Attached hereto as *Exhibit B* are true and correct copies of the relevant excerpts from the deposition transcript of George Antoniak on April 25, 2019.

6. Attached hereto as *Exhibit C* are true and correct copies of the relevant excerpts from the deposition transcript of Andrew Antoniak on November 1, 2018.

7. Attached hereto as *Exhibit D* is a true and correct copy of the Heritage Auctions Auction Consignment Agreement: World and Ancient Coins.

8. Attached hereto as *Exhibit E* is a true and correct copy of the letter from Thomas V. Sjoblom to Richard Brainerd, dated December 20, 2017.

9. Attached hereto as *Exhibit F* is a true and correct copy of the email from Cristiano Bierrenbach to Andrew Antoniak, dated January 2, 2018.

10. Attached hereto as *Exhibit G* is a true and correct copy of Martin Armstrong's supplemental answers to Plaintiff's first set of interrogatories and request for production of documents, dated January 16, 2019.

11. Attached hereto as *Exhibit H* is a true and correct copy of the hearing transcript in the Pennsylvania Action, dated March 21, 2019.

12.    Attached hereto as *Exhibit I* are true and correct copies of the relevant excerpts from the deposition transcript of Martin Armstrong.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  Philadelphia, Pennsylvania
       July 25, 2019                                      STEPHEN G. HARVEY