UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                99-cv-9667 (PKC)

     -against-

                                  ORDER

PRINCETON ECONOMICS
INTERNATIONAL, LTD. et al.,

                Defendants.
-----------------------------------------------------------x
-----------------------------------------------------------x
COMMODITIES FUTURES TRADING
COMMISSION,

                Plaintiff,                99-cv-9669 (PKC)

     -against-

PRINCETON ECONOMICS
INTERNATIONAL, LTD. et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        Because of the unanticipated continuation of an on-going trial, the July 31, 2019 hearing is adjourned from at 11 a.m. to 4 p.m.

        SO ORDERED.

                                              P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
          July 26, 2019